**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTEDVIEW, LLC<br><br>*Plaintiff,*<br>v.<br><br>FAITH TEAMS, LLC, and<br>SHANE LAPIERRE<br><br>*Defendants.* | Civil Action No. 2681-CV-00516 |

# Notice of Removal

### Introduction

1.      Defendants Faith Teams, LLC and Shane LaPierre (hereafter "Removing Defendants"), by and through undersigned counsel, hereby remove to the United States District Court for the District of Massachusetts the civil action described below, pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441, and 1446.

### State Court Action to Be Removed

2.      This is a civil action originally commenced by Plaintiff in the Superior Court of Middlesex County, Commonwealth of Massachusetts, (hereafter the "State Court"), captioned *ConnectedView, LLC v. Faith Teams, LLC and Shane LaPierre,* Court Docket No. 2681CV00516.

3.      The State Court action is pending in Middlesex County, Massachusetts.

4.      Removing Defendants are the defendants in the State Court action.

5.      All properly joined and served defendants join in this Notice of Removal as reflected in the signature block below.

**Grounds for Removal**

6.      This action is removable under both federal question and diversity jurisdiction.

*Federal Question Jurisdiction (28 U.S.C. § 1331)*

7.      This action is removable under 28 U.S.C. § 1441(a) because this Court has original jurisdiction.

8.      As pleaded in the Complaint, Plaintiff asserts multiple claims arising under the Constitution, laws, or treaties of the United States, including specifically claims under the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 *et seq.*, as set forth in Complaint ¶¶ 47-61.

9.      Because at least one claim arises under federal law, this Court has federal question jurisdiction over the action within the meaning of 28 U.S.C. § 1331, and removal is proper.

*Diversity Jurisdiction (28 U.S.C. § 1332)*

10.      This action is also removable under 28 U.S.C. § 1441(a) because this Court has diversity jurisdiction.

11.      The amount in controversy exceeds $75,000, exclusive of interest and costs, because the claims place more than $75,000 in controversy based on the allegations in the Complaint. The civil action cover sheet filed in state court by Plaintiff confirms this, categorizing damages as in excess of $50,000 before multiplied damages.  Furthermore, the transaction alleged in the Complaint, upon which all of Plaintiffs' claims are premised and that allegedly gives rise to the fraud, unjust enrichment and other claims pled in the Complaint, involved a purchase price paid by Plaintiff in excess of $1,000,000. The purchase price and other amounts arising from that transaction are at issue in the Complaint and represent the actual amounts at issue. The actual amount of damages at issue is not pled in the Complaint but all surrounding information, including the facts that are alleged in the

Complaint and the Asset Purchase Agreement that is an exhibit to the Complaint, place the actual amount at issue in excess of the jurisdictional minimum.

12.    Complete diversity exists between Plaintiff and Defendants as follows.

13.    Plaintiff ConnectedView, LLC characterizes itself in the Complaint as a citizen of Massachusetts.  Plaintiff Connected View is a Massachusetts limited liability company with a principal place of business in Massachusetts. Complaint at ¶ 1. Furthermore, upon information and belief and after review of filings with the Secretary of State, all members of the Plaintiff limited liability company are citizens of Massachusetts.

14.    Defendants Faith Teams LLC and Shane LaPierre are citizens of Connecticut. Defendant Faith Teams LLC is a Connecticut limited liability company with a principal place of business in Connecticut  Complaint at ¶ 2. Furthermore, all members of the limited liability company are citizens of Connecticut.  Defendant Shane LaPierre is a citizen, and resident, of Connecticut.  Complaint at ¶ 3.

15.    Removal on the basis of diversity is not barred by 28 U.S.C. § 1441(b)(2) because no defendant properly joined and served in this action is a citizen of the Commonwealth of Massachusetts, the state in which the action was brought.

### *Supplemental Jurisdiction (28 U.S.C. § 1367)*

16.    To the extent the Complaint asserts any state-law claims, those claims form part of the same case or controversy as the federal claims and/or the claims within this Court's diversity jurisdiction. Accordingly, this Court has supplemental jurisdiction over such claims.

### Timeliness of Removal (28 U.S.C. § 1446)

17.    Defendant Faith Teams LLC was served with the Complaint on March 7, 2025, by long arm service submitted to the U.S. Mail on March 5, 2025.

18.    Defendant Shane LaPierre was served on March 9, 2025.

19.     Both Defendants thus became aware of the Complaint at the earliest on March 7, 2025.

20.     This Notice of Removal is filed within thirty (30) days after receipt through service of the initial pleading and is therefore timely.

## Venue

21.     This Court is the proper federal district court for removal because it is the district and division embracing the place where the State Court action is pending.

### State Court Record and Attachments (28 U.S.C. § 1446(a))

22.     Pursuant to 28 U.S.C. § 1446(a), Removing Defendants attach as exhibits true and correct copies of all process, pleadings, and orders served upon either or both Removing Defendants in the State Court action, including: Exhibit A: Complaint (and all attachments) served on Removing Defendants; Exhibit B: Summons/Process served on Faith Teams LLC; Exhibit C, Civil Action Cover Sheet served on Faith Teams LLC; Exhibit D, Letter to Faith Teams LLC; Exhibit E: Summons/Process served on Shane LaPierre; Exhibit F: Civil Action Cover Sheet served on Shane LaPierre; Exhibit G: Letter to Shane LaPierre; and Exhibit H: Affidavit of Service of Summons on Faith Teams LLC.

### Notice to Adverse Parties and State Court (28 U.S.C. § 1446(d))

23.     Promptly after filing this Notice of Removal, Removing Defendants will give written notice to all adverse parties and will file a copy of this Notice of Removal with the clerk of the State Court, as required.

## Relief Requested

For the foregoing reasons, Removing Defendants respectfully remove this action from the Superior Court of the Commonwealth of Massachusetts to the United States District Court for the District of Massachusetts.

Dated: March 26, 2026.

Respectfully submitted,

 /s/ Stephen D. Rosenberg, Esq.
Stephen D. Rosenberg, Esq. (BBO No. 558415)
Caroline M. Fiore, Esq. (BBO No. 558088)
**The Wagner Law Group, P.C.**
One Financial Center, Suite 3610
Boston, Massachusetts 02111
Tel: (617) 357-5200
Fax: (617) 357-5250
Email: srosenberg@wagnerlawgroup.com
Email: cfiore@wagnerlawgroup.com

Attorneys for Defendants Faith Teams, LLC
and Shane LaPierre

## Certificate of Service

I certify that on March 26, 2026, a copy of the foregoing document was filed with the court and served electronically upon all registered participants in the case via the ECF system and by email.

 /s/ Stephen D. Rosenberg, Esq.
Stephen D. Rosenberg, Esq.

4898-4634-8699, v. 2